**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Marlene B King** | Social Security number or ITIN   xxx–xx–0732 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Southern District of California

Case number:   17–03895–CL7

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marlene B King
aka Marlene B Sealey–Frey, aka Marlene B Sealey

10/3/17                                        **By order of the court:**  Barry K. Lander
                                                                              Clerk of the Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                            United States Bankruptcy Court
                            Southern District of California
In re:                                                           Case No. 17-03895-CL
Marlene B King                                                   Chapter 7
         Debtor                 CERTIFICATE OF NOTICE
District/off: 0974-3            User: admin                 Page 1 of 2              Date Rcvd: Oct 04, 2017
                                Form ID: 318                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db              Marlene B King,   10562 Odell Rd,    San Diego, CA 92126-3012
smg            ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
                (address filed with court:    State Board of Equalization,    P.O. Box 942879,
                 Sacramento, CA  94279)
smg            +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                 San Diego, CA 92108-4424
14301728       +Jin Jean Wang,    10562 Odell Rd,    San Diego, CA 92126-3012
14301731       +Moore, Brewer et al,    4180 La Jolla Village Drive,    Suite 540,    La Jolla, CA 92037-1474
14301732       +Point Loma Credit Unio,    9420 Farnham St,    San Diego, CA 92123-1393
14301734       +Progressive Mgmt Syste,    1521 W Cameron Ave Fl 1,    West Covina, CA 91790-2738
14301735       +Qualia Collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
14301736       +Scripps Medical Center,    PO Box 515079,    Los Angeles, CA 90051-5079
14301737       +Travellers Insurance,    PO Box 660307,    Dallas, TX 75266-0307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: robertsl2@dnb.com Oct 05 2017 00:46:48     Dun & Bradstreet,
                 Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA  18034-0520
smg            +EDI: EDD.COM Oct 05 2017 00:48:00      Employment Develop. Dept., State of CA,
                 Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Oct 05 2017 00:48:00      Franchise Tax Board,    Attn:  Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg            +E-mail/Text: ustp.region15@usdoj.gov Oct 05 2017 00:46:39      United States Trustee,
                 Office of the U.S. Trustee,    880 Front Street,    Suite 3230,    San Diego, CA 92101-8897
14301723       +EDI: AFNIRECOVERY.COM Oct 05 2017 00:48:00      Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
14301724        EDI: BANKAMER.COM Oct 05 2017 00:48:00      Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
14301725       +EDI: CAPITALONE.COM Oct 05 2017 00:48:00      Capital One,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
14301726        EDI: CALTAX.COM Oct 05 2017 00:48:00      Franchise Tax Board,    Special Procedures,
                 PO Box 2952,    Sacramento, CA 95812-2952
14301727        EDI: IRS.COM Oct 05 2017 00:48:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14301729       +EDI: CBSKOHLS.COM Oct 05 2017 00:48:00      Kohls/CapOne,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14301730       +EDI: MID8.COM Oct 05 2017 00:48:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
14304434       +EDI: PRA.COM Oct 05 2017 00:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14301733       +EDI: PRA.COM Oct 05 2017 00:48:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Dun & Bradstreet,   Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA  18034-0520
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                               Signature:  /s/Joseph Speetjens

```
District/off: 0974-3           User: admin                Page 2 of 2                 Date Rcvd: Oct 04, 2017
                               Form ID: 318               Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              David S. Greenberg     on behalf of Debtor Marlene B King dsgtaxlaw@gmail.com,
               r61085@notify.bestcase.com
              Leonard J. Ackerman    ljabkatty@gmail.com, lja@trustesolutions.net
              United States Trustee   ustp.region15@usdoj.gov
                                                                                           TOTAL: 3
```